Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





FRED STEVEN JONES,


 Appellant,


v.


MARIA C. JONES,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-09-00009-CV



Appeal from


65th District Court


of El Paso County, Texas


(TC # 2007CM3582)




MEMORANDUM OPINION



 Pending before the Court is Appellant's letter stating he is withdrawing his notice of appeal. 
We filed the letter as a motion to dismiss the appeal pursuant to Tex.R.App.P. 42.1(a)(1). Appellee
has not objected to dismissal of the appeal and there is no indication that dismissal would prevent
her from seeking relief to which she would otherwise be entitled. We therefore grant the motion and
dismiss the appeal.



April 2, 2009 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Rivera, JJ.